[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**July 11, 2005**
**THOMAS  K. KAHN**
**CLERK**

No. 04-16435
Non-Argument Calendar

D.C. Docket No. 04-00082-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH SHANE COOLEY,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

**(July 11, 2005)**

Before CARNES, BARKETT and MARCUS, Circuit Judges

PER CURIAM:

Robert A. Dennis, Jr., appointed counsel for Joseph Shane Cooley in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cooley's conviction and sentence are **AFFIRMED**.